**United States District Court**
For the Northern District of California

1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    PHOTOFLEX, INC.,                          No.  CV 12-03169 NC

9              Plaintiff,                      **ORDER**

10       v.

11   GRADUS GROUP, LLC.,

12             Defendant.
                                           /
13

14   GOOD CAUSE APPEARING THEREFOR,

15        IT IS ORDERED that this case is reassigned to the **Honorable Edward J. Davila** in the **San

16   Jose division** for all further proceedings. Counsel are instructed that all future filings shall bear the

17   **initials EJD** immediately after the case number. All hearing dates presently scheduled are vacated

18   and motions should be renoticed for hearing before the judge to whom the case has been reassigned.

19   Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a magistrate judge

20   has already issued a report and recommendation shall not be rebriefed or noticed for hearing before

21   the newly assigned judge; such matters shall proceed in accordance with Fed. R. Civ. P. 72(b).

22

23                                          FOR THE EXECUTIVE COMMITTEE:

24

25   Dated:  September 7, 2012

26   rev 4-12                                Richard W. Wieking
                                            Clerk of Court
27

28