1  Daniel S. Mount, Esq. (Cal. Bar No. 77517)
On Lu, Esq. (Cal. Bar No. 242693)
2  Jing H. Cherng, Esq. (Car. Bar No. 265017)
Mount, Spelman & Fingerman, P.C.
3  RiverPark Tower, Suite 1650
333 West San Carlos Street
4  San Jose CA  95110-2740
Phone: (408) 279-7000
5  Fax:    (408) 998-1473
6  Email: dmount@mount.com, olu@mount.com,
      gcherng@mount.com
7
8  Counsel for Photoflex, Inc.
9
Joseph Ehrlich (Bar No. 084359)
10  LOSCH & EHRLICH
425 California Street, Ste. 2025
11  San Francisco, CA 94104
Phone: 415-956-8400
12  Facsimile: 415-956-2150
je@losch-ehrlich.com
13
14  Attorneys for Defendant Gradus Group, LLC

IT IS SO ORDERED
AS MODIFIED
Judge Edward J. Davila

15
16                    United States District Court
17           Northern District of California, San Jose Division

18  Photoflex, Inc.,                      Case No.  5:12-cv-03169-EJD

19             Plaintiff,                 **Stipulation and [Proposed] Order Continuing Initial
vs.                                    Case Management Conference and Associated
20                                        Deadlines**

21  Gradus Group, LLC.,

22             Defendant

23

24

25

26

27

28

1    Plaintiff Photoflex, Inc., and Defendant Gradus Group LLC enter into this stipulation based

2    on the following facts:

3    1.    Photoflex filed its complaint for patent infringement against Gradus on June 19, 2012;

4    2.    Gradus answered the complaint on August 2, 2012;

5    3.    The parties signed a confidential settlement agreement on November 30, 2012 and are

6    in the process of completing, finalizing, and verifying their settlement obligations.

7    4.    In interests of judicial economy, and to allow the parties to finalize their settlement

8    obligations and associated filings, the parties respectfully request that the Court continue all case

9    management deadlines by 30 days.

10    Therefore, it is stipulated that:

11    1.    The case management conference, currently scheduled for December 14, 2012, is

12    continued until January 11, 2013;

13    2.    All other case deadlines are continued accordingly.

14

15

16    Date: December 11, 2012                    /s/  Jing Hong Cherng
                                                 Mount, Spelman & Fingerman, P.C.
17                                               Counsel for Photoflex, Inc

18                                               Of Counsel
                                                 Michael Hughes
19                                               Intellectual Property Law Offices
                                                 4100 Moorpark Avenue, Suite 203
20                                               San Jose, CA 95117
                                                 (408) 558-7890
21

22
     Date: December 11, 2012                    /s/   Joseph Ehrlich
23                                               Joseph Ehrlich (Bar No. 084359)
                                                 Attorney for Defendant
24                                               Gradus Group, LLC

25                                               Of Counsel
26                                               Max Moskowitz
                                                 OSTROLENK, FABER, LLP
27                                               1180 Avenue of the Americas
                                                 New York, New York 10036
28                                               (212) 382-0700

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

1

2

SO ORDERED.   The parties shall file a joint case management conference statement on or
3                before January 4, 2013.

4   Date:   12/12/2012

5                                              Hon. Edward J. Davila
                                               United States District Judge

6

7

8         Pursuant to General Order 45.X.B, I hereby attest that Joseph Erlich has concurred with the

9   filing of this document.

10

    Date: December 11, 2012                    /s/  Jing Hong Cherng
11                                              Mount, Spelman & Fingerman, P.C.
                                                Counsel for Photoflex, Inc

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000