Daniel S. Mount, Esq. (Cal. Bar No. 77517)
On Lu, Esq. (Cal. Bar No. 242693)
Jing H. Cherng, Esq. (Car. Bar No. 265017)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: dmount@mount.com, olu@mount.com,
    gcherng@mount.com

Counsel for Photoflex, Inc.


Joseph Ehrlich (Bar No. 084359)
LOSCH & EHRLICH
425 California Street, Ste. 2025
San Francisco, CA 94104
Phone: 415-956-8400
Facsimile: 415-956-2150
je@losch-ehrlich.com

Attorneys for Defendant Gradus Group, LLC

IT IS SO ORDERED AS MODIFIED

Judge Edward J. Davila

United States District Court

Northern District of California, San Jose Division

| | |
|---|---|
| Photoflex, Inc., <br><br>          Plaintiff, <br>vs. <br><br> Gradus Group, LLC., <br><br>          Defendant | Case No.  5:12-cv-03169-EJD <br><br> **Stipulation and [Proposed] Order Continuing Initial Case Management Conference and Associated Deadlines** |

Plaintiff Photoflex, Inc., and Defendant Gradus Group LLC enter into this stipulation based on the following facts:

1. Photoflex filed its complaint for patent infringement against Gradus on June 19, 2012;

2. Gradus answered the complaint on August 2, 2012;

3. The parties signed a confidential settlement agreement on November 30, 2012 and are in the process of completing, finalizing, and verifying their settlement obligations.

4. In interests of judicial economy, and to allow the parties to finalize their settlement obligations and associated filings, the parties respectfully request that the Court continue all case management deadlines by 30 days.

Therefore, it is stipulated that:

1. The case management conference, currently scheduled for December 14, 2012, is continued until January 11, 2013;

2. All other case deadlines are continued accordingly.

Date: December 11, 2012         /s/  Jing Hong Cherng
                                Mount, Spelman & Fingerman, P.C.
                                Counsel for Photoflex, Inc

                                Of Counsel
                                Michael Hughes
                                Intellectual Property Law Offices
                                4100 Moorpark Avenue, Suite 203
                                San Jose, CA 95117
                                (408) 558-7890

Date: December 11, 2012         /s/   Joseph Ehrlich
                                Joseph Ehrlich (Bar No. 084359)
                                Attorney for Defendant
                                Gradus Group, LLC

                                Of Counsel
                                Max Moskowitz
                                OSTROLENK, FABER, LLP
                                1180 Avenue of the Americas
                                New York, New York 10036
                                (212) 382-0700

SO ORDERED. The parties shall file a joint case management conference statement on or before January 4, 2013.

Date: 12/12/2012

_____
Hon. Edward J. Davila
United States District Judge

Pursuant to General Order 45.X.B, I hereby attest that Joseph Erlich has concurred with the filing of this document.

Date: December 11, 2012              /s/  Jing Hong Cherng
                                     Mount, Spelman & Fingerman, P.C.
                                     Counsel for Photoflex, Inc

---

Case No. 5:12-cv-03169-EJD                                                                       Page 2
Stipulation and [Proposed] Order Continuing Initial Case Management Conference and Associated Deadlines