Daniel S. Mount, Esq. (Cal. Bar No. 77517)
On Lu, Esq. (Cal. Bar No. 242693)
Jing H. Cherng, Esq. (Car. Bar No. 265017)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: dmount@mount.com, olu@mount.com,
    gcherng@mount.com

Counsel for Photoflex, Inc.


Joseph Ehrlich (Bar No. 084359)
LOSCH & EHRLICH
425 California Street, Ste. 2025
San Francisco, CA 94104
Phone: 415-956-8400
Facsimile: 415-956-2150
je@losch-ehrlich.com

Attorneys for Defendant Gradus Group, LLC

United States District Court
Northern District of California, San Jose Division

Photoflex, Inc.,

       Plaintiff,

vs.

Gradus Group, LLC.,

       Defendant

Case No.  5:2012cv03169 EJD

**Stipulation and [Proposed] Order for Dismissal Pursuant to Confidential Settlement**

Plaintiff Photoflex, Inc. and Defendant Gradus Group LLC, collectively hereinafter, "the Parties," stipulate to dismiss this case pursuant to the Parties' confidential settlement agreement as follows:

    1.    Photoflex's complaint against Gradus Group LLC is dismissed WITH PREJUDICE.

    2.    Each Party shall bear its own fees and costs.

    3.    The Parties consent to the continuing jurisdiction of this Court to enforce the terms of the settlement agreement.

Date: January 2, 2013                        /s/ Jing Hong Cherng
                                                              Mount, Spelman & Fingerman, P.C.
                                                               Counsel for Photoflex, Inc

Date: January 2, 2013                        /s/ Joseph Ehrlich
                                                               Joseph Ehrlich (Bar No. 084359)
                                                                Attorney for Defendant
                                                                Gradus Group, LLC

                                                               Of Counsel
                                                               Max Moskowitz
                                                               OSTROLENK, FABER, LLP
                                                               1180 Avenue of the Americas
                                                               New York, New York 10036
                                                               (212) 382-0700

SO ORDERED.
The Clerk shall close this file.

Date: 1/3/2013                                                             [signature]
                                                               Hon. Edward J. Davila
                                                               United States District Judge

Pursuant to General Order 45.X.B, I hereby attest that Joseph Erlich has concurred with the filing of this document.

Date: January 2, 2013                        /s/ Jing Hong Cherng
                                                             Mount, Spelman & Fingerman, P.C.
                                                              Counsel for Photoflex, Inc