Daniel S. Mount, Esq. (Cal. Bar No. 77517)
On Lu, Esq. (Cal. Bar No. 242693)
Jing H. Cherng, Esq. (Car. Bar No. 265017)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: dmount@mount.com, olu@mount.com,
    gcherng@mount.com

Counsel for Photoflex, Inc.


Joseph Ehrlich (Bar No. 084359)
LOSCH & EHRLICH
425 California Street, Ste. 2025
San Francisco, CA 94104
Phone: 415-956-8400
Facsimile: 415-956-2150
je@losch-ehrlich.com

Attorneys for Defendant Gradus Group, LLC

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| Photoflex, Inc.,<br><br>                  Plaintiff,<br>vs.<br><br>Gradus Group, LLC.,<br><br>                  Defendant | Case No.  5:2012cv03169 EJD<br><br>**Stipulation and [Proposed] Order for Dismissal Pursuant to Confidential Settlement** |

Plaintiff Photoflex, Inc. and Defendant Gradus Group LLC, collectively hereinafter, "the Parties," stipulate to dismiss this case pursuant to the Parties' confidential settlement agreement as follows:

1. Photoflex's complaint against Gradus Group LLC is dismissed WITH PREJUDICE.

2. Each Party shall bear its own fees and costs.

3. The Parties consent to the continuing jurisdiction of this Court to enforce the terms of the settlement agreement.

Date: January 2, 2013                    /s/  Jing Hong Cherng
                                         Mount, Spelman & Fingerman, P.C.
                                         Counsel for Photoflex, Inc


Date: January 2, 2013                    /s/   Joseph Ehrlich
                                         Joseph Ehrlich (Bar No. 084359)
                                         Attorney for Defendant
                                         Gradus Group, LLC

                                         Of Counsel
                                         Max Moskowitz
                                         OSTROLENK, FABER, LLP
                                         1180 Avenue of the Americas
                                         New York, New York 10036
                                         (212) 382-0700

SO ORDERED.
The Clerk shall close this file.

Date:  1/3/2013                          [signature]
                                         Hon. Edward J. Davila
                                         United States District Judge


Pursuant to General Order 45.X.B, I hereby attest that Joseph Erlich has concurred with the filing of this document.

Date: January 2, 2013                    /s/  Jing Hong Cherng
                                         Mount, Spelman & Fingerman, P.C.
                                         Counsel for Photoflex, Inc

Case No. 5:2012cv03169 EJD                                                          Page 1
Stipulation and [Proposed] Order for Dismissal Pursuant to Confidential Settlement